# DISTRIBUTOR AGREEMENT TERMINATION

This Distributor Agreement Termination (the "Termination") is made on this 1st day of June 2021 ("Effective Date"), by and between ROHO, Inc. ("Permobil") and Moxi Enterprises, LLC ("Moxi"). Permobil and Moxi are sometimes referred to in the Termination individually as a "Party" or collectively as the "Parties."

**WHEREAS**, Permobil and Moxi entered into that certain Distributor Agreement effective January 1, 2020 (the "Agreement");

**WHEREAS**, Permobil and Moxi intend to terminate the Agreement as set forth in this Termination;

**WHEREAS,** Permobil and Moxi desire to use the same defined terms in this Amendment as are used in the Agreement;

**NOW, THEREFORE**, in consideration of the mutual covenants herein contained and other good and valuable consideration, the sufficiency of which is hereby acknowledged by the Parties, the Parties hereto agree to terminate the Agreement under the parameters outlined below. Any defined term from the Agreement used in this Termination shall have the same meaning as defined in the Agreement. The conditions of this Termination are as follows:

1. The Agreement is terminated effective June 1, 2021. Moxi may not place any new orders with Permobil under the Agreement after this date. Moxi may not sell any Permobil products under the Agreement to its customers after this date unless the order was placed prior to June 1, 2021. Moxi may fill any orders placed by Moxi's customers if those orders were placed before June 1, 2021.

2. Permobil will purchase Moxi's remaining stock of new Permobil products purchased under the Agreement. Permobil will pay Moxi the same price originally paid by Moxi for these products. The inventory to be repurchased by Permobil is outlined in Exhibit A. The total repurchase price is $11,022.20. Permobil will pick up Moxi's remaining stock within 20 days of execution of this Termination.

3. Permobil will pay Moxi $95,000.00.

4. Moxi owes Permobil $84,524.59 in unpaid invoices under the Agreement.

5. The Parties agree that the amounts outlined above in Paragraphs 2, 3, and 4 shall be set off against each other. Therefore, Permobil shall issue payment to Moxi in the amount of $21,497.61 ($95,000 + $11,022.20 − $84,524.59 = $21,497.61). Permobil shall issue this payment no later than 10 days after receiving the last of Moxi's repurchased stock.

6. In the event of any conflict between the terms of this Termination and the Agreement, the terms of this Termination shall control.

# EXHIBIT 3

IN WITNESS WHEREOF, the parties have executed this Agreement as of the day and year first hereinabove written.

**ROHO, Inc.**

By: *[signature]*
Name: Chuck Witkowski
Title: President, Permobil Americas

**Moxi Enterprises, LLC**

By: 
Name: 
Title:

[REMAINDER OF PAGE INTENTIONALLY BLANK]

IN WITNESS WHEREOF, the parties have executed this Agreement as of the day and year first hereinabove written.

**ROHO, Inc.**

By:_____
Name:_____
Title:_____

**Moxi Enterprises, LLC**

By: _____
Name: _Kevin Farrell_____
Title: _COO_____

## **EXHIBIT A**

| | | | |
|---|---|---|---|
| PRODIGYSYS | 23 | 101.40 | 2,332.20 |
| BARI310SET | 1 | 440.00 | 440.00 |
| BARI54SYSC | 2 | 1,000.00 | 2,000.00 |
| MATTSYSC | 10 | 625.00 | 6,250.00 |
| | | | 11,022.20 |